# AVM Insight



## 39 BUCKBERG MOUNTAIN RD
## TOMKINS COVE, NY 10986

| AVM Estimated Market Value | **$249,600** |
| --- | --- |

### Valuation Details

AVM Report # 211084162

| Order Date | Conf Score | Low Market Value | Estimated Market Value | High Market Value |
| --- | --- | --- | --- | --- |
| 10/22/2018 | 82 | $199,700 | $249,600 | $299,500 |

### Subject Property Information

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Bed/Bath/Ttl | 2/2.0/0 | Design Style | 2S | Assessed Value/Year | $29,750/2017 |
| Living Area | 1,097 | Property Type | DSF | Land Value | $3,100 |
| Lot Size | 0.13/5,663 | No. Stories | 2.0 | Imprvmnts Value/% | $26,650/89.6% |
| Year Built | 1910 | Garage | D | APN | 3928001003164 |
| Current Owner | | Bsmnt/Fin. Area | 0/0 | County | ROCKLAND |
| JAMES J MUTINSKY JR & COLLEEN MUTINSKY | | | | Census | 36087010101 |
| Misc | Pool: false, Fireplace: 0, Legal Desc: 18/19 | | | | |

### Subject Sales History

| # | Sale Date | Sale Price | Sale Type | Buyer/Seller |
| --- | --- | --- | --- | --- |
| 1 | 11/23/2004 | $283,500 | | |

### Neighborhood Sales

| # | Address | Dist | Price | Date | Bed/Ba/Ttl | Sqft | Lot Size | Year |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 290 ROUTE 210 | 1.85 | $224,000 | 10/02/2018 | 2/1.0/0 | 1,224 | 1.40/60,984 | 1958 |
| 2 | 25 WAYNE AVE | 0.36 | $239,000 | 01/29/2018 | 3/2.0/0 | 1,424 | 0.27/11,761 | |
| 3 | 15 BAYVIEW DR | 1.24 | $258,500 | 12/14/2017 | 3/1.0/0 | 1,080 | 0.23/10,019 | 1961 |
| 4 | 10 ETHAN ALLEN DR | 1.30 | $255,000 | 05/22/2017 | 3/1.0/0 | 1,080 | 0.17/7,405 | 1950 |
| 5 | 7 TERMASEN DR | 0.69 | $308,000 | 08/06/2018 | 3/2.0/0 | 1,125 | 0.32/13,939 | 1966 |
| 6 | 19 MILLER DR | 0.93 | $270,000 | 11/17/2017 | 3/1.0/0 | 1,040 | 0.23/10,019 | 1960 |
| 7 | 33 ADAMS DR | 0.45 | $296,625 | 09/10/2018 | 3/1.0/0 | 1,272 | 0.36/15,682 | 1971 |
| 8 | 31 MINERICK DR | 1.69 | $263,000 | 06/08/2017 | 2/1.0/0 | 1,267 | 0.13/5,663 | 1955 |
| 9 | 16 BAYVIEW DR | 1.21 | $280,000 | 12/21/2017 | 3/1.0/0 | 1,080 | 0.25/10,890 | 1961 |
| 10 | 457 N LIBERTY DR | 0.80 | $210,000 | 04/10/2018 | 1/1.0/0 | 1,596 | 0.52/22,651 | 1927 |
| 11 | 12 ANN AVE | 1.02 | $203,000 | 10/11/2017 | 3/1.0/0 | 1,176 | 0.40/17,424 | 1971 |
| 12 | 95 THIELLS RD | 1.63 | $257,500 | 08/25/2017 | 2/1.0/0 | 1,556 | 1.68/73,181 | 1938 |
| 13 | 11 ROOSEVELT PL | 1.26 | $201,000 | 09/20/2018 | 4/2.0/0 | 1,176 | 0.15/6,534 | 1997 |
| 14 | 6 BEECH DR | 1.99 | $269,000 | 05/11/2018 | 3/1.0/0 | 1,196 | 0.27/11,761 | 1964 |
| 15 | 22 CLARK RD | 1.87 | $231,000 | 03/09/2018 | 1/1.0/0 | 870 | 0.15/6,534 | 1952 |
| 16 | 136 N LIBERTY DR | 0.94 | $280,000 | 11/13/2017 | 3/2.0/0 | 1,404 | 0.65/28,314 | 1899 |
| 17 | 9 BENDER CT | 1.50 | $280,000 | 10/13/2017 | 4/1.0/0 | 1,296 | 0.40/17,424 | 1957 |
| 18 | 31 PARK RD | 0.96 | $235,000 | 12/13/2017 | 3/1.0/0 | 1,200 | 0.31/13,504 | 1971 |
| 19 | 9 CHESTNUT ST | 0.98 | $305,000 | 05/15/2018 | 3/1.0/0 | 1,600 | 0.14/6,098 | 1950 |
| 20 | 17 CLARK RD | 1.88 | $220,000 | 07/27/2017 | 2/1.0/0 | 744 | 0.14/6,098 | 1953 |

DISCLAIMER: VALUES ARE PROVIDED "AS IS" AND ALL USES ARE AT THE USER'S SOLE RISK. ALL WARRANTIES CONCERNING THE VALUES AND ALL UNDERLYING DATA AND PROCESSES, BOTH EXPRESSED AND IMPLIED, ARE EXPRESSLY EXCLUDED, INCLUDING WITHOUT LIMITATION ANY WARRANTIES OF MERCHANTABILITY, ACCURACY, OR FITNESS FOR A PARTICULAR PURPOSE. The value was generated by Provider's or a Third-Party Provider's proprietary automated property valuation product, and any value is an estimated market value, calculated using various models and techniques proprietary to Provider or Third-Party Provider. The property value provided herein is not an appraisal and was not prepared by a certified or licensed appraiser. A lender may have used a different property value to make a credit decision. Values may not be used to reverse engineer or attempt to reverse engineer the models used to generate the values or to create any database or product. Pursuant to the compliance requirements as provided in the Equal Credit Opportunity Act ("ECOA") or as otherwise reasonably required for regulatory compliance purposes, a copy of this report and the values provided herein may be provided to consumers. If you have questions regarding this information, please contact your financial institution.