United States Bankruptcy Court
Southern District of New York

In re James J Mutinsky, Jr.
Debtor(s)

Case No. 18-23640 (RDD)
Chapter 13

## CERTIFICATE OF SERVICE

I hereby certify that on <u>October 23, 2018</u>, a copy of <u>Model Chapter 13 Plan and Related Motions with Property Value Exhibit</u> was served by regular United States mail to all interested parties, the Trustee and all creditors listed below.

Absolute Resolutions VI, LLC
Attn: Officer
6602 El Cajon Blvd
Suite 200
San Diego, CA 92115

Capital One
Attn: Officer
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Capital One Bank USA NA
Attn: Officer
4551 Cox Road
Glen Allen, VA 23060

Central Credit Services LLC
9550 Regency Square Blvd
Suite 500A
Jacksonville, FL 32225

Child Support Enforcem
Po Box 14
Albany, NY 12201

First Credit Services
377 Hoes Lane
Suite 200
Piscataway, NJ 08854

HSBC Bank USA
Attn: Officer
425 5th Ave. New York, NY 10018

Kohls/Capital One
Kohls Credit
Po Box 3120
Milwaukee, WI 53201

Mercantile Adjustment Bureau

Attn: Officer
PO Box 9055
Buffalo, NY 14231

Mr. Cooper
Attn: Bankruptcy
8950 Cypress Waters Blvd
Coppell, TX 75019

Wf/raymour
Po Box 14517
Des Moines, IA 50306

/s/ Roselina Serrano
Roselina Serrano
Law Offices of Serrano & Associates, PC
22 South Main Street
New City, NY 10956
845-638-2200 Fax:845-638-2205
serranolawpc@gmail.com

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com						Best Case Bankruptcy